UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, Plaintiff, vs. Advanced Telecomm of Pittsburgh, a Pennsylvania corporation; Advanced Telecomm, Inc., a Pennsylvania corporation; ATI Communications, Inc., a Pennsylvania corporation; Advanced Telecomm of Maryland, Inc., a Pennsylvania corporation; Bruce Reale and Vincent A. Lo Castro, Defendants. | ) | CV 01-640 MJD/JGL **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANASWER** |

Winthrop Resources Corporation, Advanced Telecomm of Pittsburgh, and Advanced Telecomm of Maryland, Inc., by and through their undersigned counsel, hereby stipulate that Advanced Telecomm of Pittsburgh and Advanced Telecomm of Maryland, Inc., shall have until May 22, 2001, to answer or otherwise respond to the Complaint in the above-captioned matter.

Dated: May 8, 2001

KELLY & BERENS, P.A.

By [signature]
Barbara Berens
Attorney No. 209788
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 349-6171

Attorneys for Winthrop ResourcesCorporation

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 8, 2001

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By______________________
Gregory R. Merz
Attorney No. 185942
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Facsimile: (612) 333-0066

Counsel for Advanced Telecomm of Pittsburgh and Advanced Telecomm of Maryland, Inc.

SO ORDERED

Dated: MAY 9, 2001

By______________________
Judge of the District Court

GP:793806 v1