UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Winthrop Resources Corporation, a Minnesota corporation,

Plaintiff,

vs.

Advanced Telecomm of Pittsburgh, a Pennsylvania corporation; Advanced Telecomm, Inc., a Pennsylvania corporation; ATI Communications, Inc., a Pennsylvania corporation; Advanced Telecomm of Maryland, Inc., a Pennsylvania corporation; Bruce Reale and Vincent A. Lo Castro,

Defendants.

CV 01-640 MJD/JGL

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

Winthrop Resources Corporation, Advanced Telecomm, Inc., ATI Communications, Inc., Bruce Reale and Vincent A. Lo Castro, by and through their undersigned counsel, hereby stipulate that Advanced Telecomm, Inc., ATI Communications, Inc., Bruce Reale and Vincent A. Lo Castro, shall have until May 22, 2001, to answer or otherwise respond to the Complaint in the above-captioned matter.

Dated: May 10, 2001

KELLY & BERENS, P.A.

By /s/ Barbara P. Berens
Barbara Berens
Attorney No. 209788
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 349-6171

Attorneys for Winthrop Resources Corporation

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 10, 2001

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By ______________________
Gregory R. Merz
Attorney No. 185942
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Facsimile: (612) 333-0066

Counsel for Defendants

SO ORDERED

Dated: May 14, 2001

By ______________________
Judge of the District Court

GP:793806 v1