UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Winthrop Resources Corporation, a Minnesota corporation,

Plaintiff,

vs.

Advanced Telecomm of Pittsburgh, a Pennsylvania corporation; Advanced Telecomm, Inc., a Pennsylvania corporation; ATI Communications, Inc., a Pennsylvania corporation; Advanced Telecomm of Maryland, Inc., a Pennsylvania corporation; Bruce Reale and Vincent A. Lo Castro,

Defendants.

---

Case No.01 CV 640 (MJD/JL)

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

The parties, through their undersigned counsel agree and stipulate that the pretrial schedule in this matter should be amended as follows:

1. The date by which motions which seek to amend any pleading or to add any party are to be filed is extended to December 3, 2001.

2. The parties further agree that this amendment to the pretrial schedule will not affect the trial date in this matter and further request that the Court enter an Order consistent with this Stipulation.

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 10/29/01

KELLY & BERENS, P.A.

By: ______________________
Barbara P. Berens 209788
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Plaintiff***

Dated: 10/30/01

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By: ______________________
Gregory R. Merz 185942
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 343-2800

***Attorneys for Defendants***

**ORDER**

SO ORDERED.

Dated: Oct 30, 2001

BY THE COURT:

______________________
Jonathan Lebedoff
United States Magistrate Judge