UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Winthrop Resources Corporation, a Minnesota corporation,

Plaintiff,

vs.

Advanced Telecomm of Pittsburgh, a Pennsylvania corporation; Advanced Telecomm, Inc., a Pennsylvania corporation; ATI Communications, Inc., a Pennsylvania corporation; Advanced Telecomm of Maryland, Inc., a Pennsylvania corporation; Bruce Reale and Vincent A. Lo Castro,

Defendants.

---

Case No.01 CV 640 (MJD/JL)

**STIPULATION AND ORDER TO FILE SUPPLEMENTAL COMPLAINT**

The parties, through their undersigned counsel, hereby agree and stipulate that the Court may allow plaintiff Winthrop Resources Corporation to serve and file the attached Supplemental Complaint.

Dated: 11/13/01

KELLY & BERENS, P.A.

By [signature]

Barbara P. Berens 209788
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

*Attorneys for Plaintiff*

NOV 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 13, 2001

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By: ______________________
Gregory R. Merz 185942
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 343-2800

***Attorneys for Defendants***

**ORDER**

SO ORDERED.

Dated: ______________________

BY THE COURT:

______________________
Jonathan Lebedoff
United States Magistrate Judge