UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winthrop Resources Corporation,

Plaintiff,

v.

Civ. No. 01-640 (JNE/JGL)
ORDER

Advanced Telecomm of Pittsburgh, Advanced Telecomm, Inc., ATI Communications, Inc., Advanced Telecomm of Maryland, Inc., Bruce Reale, and Vincent A. Lo Castro,

Defendants.

In an Order dated December 10, 2002, the Court granted Plaintiff's Motion for Summary Judgment in part, and directed Plaintiff to submit a calculation of late charges, property taxes, and reasonable costs and attorneys' fees within 30 days. Plaintiff did so on January 9, 2003. Having reviewed the Plaintiff's submissions, IT IS ORDERED THAT:

1. Plaintiff's Motion for Attorneys' Fees, Costs, Late Charges, and Property Taxes [Docket No. 41] is GRANTED.

2. Defendants are jointly and severally liable to Plaintiff for the following amounts:

   a. $42,567.16 for late charges attributable to Defendants' failure to make payments on Schedule 1 from September 2000 through August 2001;

   b. $686.90 for property taxes attributable to the equipment identified on Schedule 1 from September 2000 through August 2001;

   c. $1,570.98 for costs and expenses attributable to Plaintiff's successful claims related to Schedule 1; and

APR 0 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED APR 0 2 2003
DEPUTY CLERK'S INITIALS

d. $16,680.33 for attorneys' fees attributable to Plaintiff's successful claims related to Schedule 1.

LET THE JUDGMENT ENTERED ON DECEMBER 10, 2002, BE AMENDED ACCORDINGLY.

Dated: April 1, 2003

JOAN N. ERICKSEN
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995